JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PARRA,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC., DOES 1 TO 50, inclusive,<br><br>    Defendants. | CASE NO.: 2:21-cv-07247 AB (GJSx)<br><br>[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL [FRCP 41]<br><br>Courtroom: 7B<br>District Judge: Andre Birotte Jr<br>Magistrate Judge: Gail J. Standish<br>Complaint Filed: April 26, 2021<br>Trial Date: October 25, 2022 |

## ORDER ON DISMISSAL

Based on the parties' Joint Stipulation for Dismissal [FRCp 41] filed concurrently herewith and good cause appearing, the Court hereby ENTERS the dismissal of the entire case with prejudice.

IT IS SO ORDERED.

Dated: June 9, 2022

~~Honorable Gail J. Standish~~
U.S. District Court Magistrate Judge
Honorable André Birotte Jr.